Dismissed and Memorandum Opinion filed March 11, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00121-CV

____________

 

DANIEL RAY MARLING, Appellant

 

V.

 

TUONG HOA MARLING, Appellee

 



 

On Appeal from the
306th District Court 

Galveston County,
Texas

Trial Court Cause
No. 08FD2569

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 10, 2009. On February 23, 2010,
appellant filed a motion to dismiss the appeal. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.